**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **H.A. MARSHALL INVESTMENTS** *et al.*, <br><br> Plaintiff(s), <br><br> vs. <br><br> **JPMORGAN CHASE BANK, N.A.**, <br><br> Defendant(s). | Case No.: 12-CV-05807 YGR <br><br> **ORDER ENTERING TENTATIVE RULING ON MOTION TO DISMISS AS ORDER OF COURT** |

1. Pursuant to the parties' stipulation (Dkt. No. 24), the Court's Tentative Ruling Denying the Motion to Dismiss (Dkt. No. 23), shall be the Order of the Court. Accordingly, for the reasons set forth therein, Defendant JPMorgan Chase Bank, N.A. Motion to Dismiss (Dkt. No. 7) is **DENIED**.

2. Defendant shall answer the Complaint by no later than **February 11, 2013**.

3. The January 15, 2013 hearing on the motion is **VACATED**.

4. This Order Terminates Docket Numbers 7 & 24.

**IT IS SO ORDERED.**

Date: January 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**