JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
REGINALD ROBERTS, JR. (SBN 216249)
rroberts@sandersroberts.com
**SANDERS ROBERTS LLP**
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  213-943-1314
Facsimile:   213-234-4581

Attorneys for Plaintiffs **H.A. MARSHALL INVESTSMENTS, a California Corporation; DOUGLAS MARSHALL, an individual; JOYCE D. MARSHALL, an individual; DAM Sport, LLC, a California Limited Liability Corporation; and DAM Properties, LLC, a California Limited Liability Corporation**

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/19/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.A. MARSHALL INVESTSMENTS, a California Corporation; DOUGLAS MARSHALL, an individual; JOYCE D. MARSHALL, an individual; DAM Sport, LLC, a California Limited Liability Corporation; and DAM Properties, LLC, a California Limited Liability Corporation,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.: 4:12-cv-05807-YGR<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Action Filed:　September 25, 2012 |

The parties to the above-entitled action, Plaintiff H.A. Marshall Investments ("HAMI"), Douglas Marshall, Joyce Marshall, DAM Sport, LLC, and DAM Properties, LLC (collectively the "Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (Plaintiffs and Defendant hereinafter collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to a voluntary dismissal *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

## RECITALS

WHEREAS, the Parties have agreed to a preliminary settlement mechanism and procedure, the principle terms being a reconsideration and potential reinstatement of loans at issue in this matter or potentially new loan terms, and therefore, have put their respective litigation conduct on hold so as not to waste the time, resources and goodwill that could otherwise be directed towards a settlement;

WHEREAS, the Parties desire additional time to allow them to resolve the case without expenditure of time, resources and goodwill on conducting litigation;

WHEREAS, the Defendant has agreed to enter into a tolling agreement with Plaintiffs for the duration of the settlement period with respect to the claims and allegations currently found in Plaintiffs' Complaint, which are not already time-barred, so that Plaintiffs may re-file their action without any potential of being barred by any applicable statute of limitations should the parties be unable to settle this matter;

WHEREAS, for all these reasons the parties agree to a voluntary dismissal *without prejudice*;

///
///
///
///
///

# STIPULATION

NOW, THEREFORE, and for good cause showing, Plaintiffs and Defendant, by and through their attorneys or record, hereby stipulate and agree that Plaintiffs may dismiss and hereby do dismiss the above-entitled action *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 18, 2013        **SANDERS ROBERTS LLP**

By:  */s/ Justin H. Sanders*
    Justin H. Sanders
    Attorneys for Plaintiffs H.A. MARSHALL INVESTSMENTS, a California Corporation; DOUGLAS MARSHALL, an individual; JOYCE D. MARSHALL, an individual; DAM Sport, LLC, a California Limited Liability Corporation; and DAM Properties, LLC, a California Limited Liability Corporation

Dated: July 18, 2013        **PALMER, LOMBARDI & DONOHUE LLP**

By:  */s/ Chetna Vora*
    Brett D. Watson
    Chetna Vora
    Attorneys for Defendant JPMORGAN CHASE BANK, N.A.